IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 4:17-CR- 00038 - CDL |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 641 |
| LISA WALDROP | : | |
| | : | **INDICTMENT** |

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1. At all times relevant to this indictment, "Colonial Bank, N.A., (Colonial)" was a savings and loan institution engaged in offering banking products to customers, both public and private. On or about August 11, 1995, "J.D.E.," a person whose identity is known to the Grand Jury, and Lisa Waldrop, Defendant herein, opened a joint checking account, account number 800746xxxx, with Colonial's Branch number 20, located in Phenix City, Alabama.

2. On or about May 30, 2010, accounts held at Colonial were converted to Branch Banking and Trust (BB&T). The J.D.E./Waldrop checking account was transferred to BB&T and retained the same account number as their previous Colonial account.

3. J.D.E. was the widow of "G.E.," a person whose identity is known to the Grand Jury, a United States military veteran who qualified for a Veterans Administration pension. After G.E.'s death, J.D.E. received his pension as a qualifying survivor. From approximately August 11, 1995, until December 31, 2015, the J.D.E./Waldrop checking account received monthly pension direct deposits from the Veterans Administration.

4. On or about October 20, 2008, J.D.E. died. Defendant Lisa Waldrop, who was not a qualifying survivor entitled to receive G.E.'s pension, failed to notify the Veterans Administration that J.D.E. had died, as was required by law, and continued to accept and

consume the G.E. pension until approximately December 31, 2015. As a result of her failure to notify the Veterans Administration of J.D.E.'s death, the defendant wrongfully received approximately $88,698.95 in United States funds to which she was not entitled.

## COUNT ONE

### [Theft of Government Property]

The Introduction to this Indictment is incorporated in this Count, as if repeated verbatim.

That between on or about October 20, 2012, and on or about December 31, 2015, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### LISA WALDROP,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her use, and without authority convey and dispose of any money of the United States of a value exceeding $1000, to wit: the Defendant received the pension benefits of G.E. without being legally entitled to said benefits; all in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

*s/Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

G. F. PETERMAN, III
UNITED STATES ATTORNEY

Presented by:

MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15 day of NOVEMBER, AD 2017.

Deputy Clerk