◥ GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  4:17-CR-00038-001  (CDL) |
| **LISA WALDROP** | |

On May 30, 2018, the probation period of 60 months commenced. Lisa Waldrop has complied with the rules and regulations of probation, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Lisa Waldrop be discharged from supervision.

Respectfully submitted,

*Jeannie P. Grizzard*

Jeannie P. Grizzard
Drug & Alcohol Treatment Specialist

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this    10th    day of    November   , 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE